**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURI DOERING,<br><br>                    Plaintiff,<br><br>              v.<br><br>JOSE LUIS ACOSTA, JR., AS TRUSTEE OF THE JOSE LUIS ACOSTA, JR. TRUST; and DOES 1 to 10,<br><br>                    Defendants. | Case No. 2:23-cv-06624-MCS-AGR<br><br>**JUDGMENT** |

        Pursuant to the Court's Order of Dismissal, it is ordered, adjudged, and decreed that this case is dismissed without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: September 11, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1